RECEIVED
OCT 18 2017
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of<br><br>SHANE COLE TWIGG,<br><br>On Writ of Habeas Corpus<br><br>_____<br><br>UNITED STATES OF AMERICA,<br><br>DISTRICT OF ALASKA<br>_____ | Case No. 3:17-mj-00422-KFM<br><br>**WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of Alaska, or his duly authorized representative.

GREETINGS:

We command that you have the body of SHANE COLE TWIGG, by you imprisoned and detained as it is said, at Anchorage Jail, under safe and secure conduct, before the Judge of our District Court within and for the District of Alaska, at Anchorage, Alaska, for scheduling an arraignment/initial appearance, and other proceedings as the Court may desire, thereafter and as necessary in <u>United States v. Shane Cole Twigg</u>, 3:17-mj-00422-KFM, now pending before said court, and that you return said person to the State of Alaska Department of Corrections as soon as the case may be disposed of,

Certified to be a true and correct copy of original filed in my office.
Dated 10/4/17
Lesley K. Allen, District Court Executive/Clerk of Court
Redacted Signature
Deputy

under safe and secure conduct.

This is a continuing Writ on this date and such other times as the court directs.

WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska, on this 4th day of October, 2017.

LESLEY ALLEN
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK

## U.S. MARSHALS RETURN

I do hearby certify that I received this Writ of Habeas Corpus Ad Prosequendum/Testificandum on 10/4/2017.
I hearby return this Writ of Habeas Corpus Ad Prosequendum/Testificandum unserved/executed, dated this 10/3/2017 at Anchorage, AK.

ROBERT W. HEUN, US MARSHAL

Redacted Signature
Criminal Program Specialist

U.S. v. Twigg
3:17-mj-00422-KFM

Page 2 of 2