RECEIVED
OCT 18 2017
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK
ORIGINAL

RECEIVED
OCT 04 2017
United States Marshals Service
District of Alaska

# UNITED STATES DISTRICT COURT
### for the
### District of Alaska

United States of America
v.
Shane Cole TWIGG

Defendant

) Case No. 3:17-mj-00422-KFM
) USMS-D/ALASKA WARRANTS
) FID# 98739
) WARRANT # 1806-1004-0002-J
) Entered NCIC NO
) Entered APSIN _____
) Removed NCIC _____
) Removed APSIN _____

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Shane Cole TWIGG,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC Section 1951(a) - Interference with Commerce by Threats or Violence (Hobbs Act Robbery)
18 USC Section 1951(a) - Conspiracy to Commit Hobbs Act Robbery

Date: October 3, 2017

/S/ SCOTT A. ORAVEC
U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED

*Issuing officer's signature*

City and state: ANCHORAGE, AK

Scott A. Oravec, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* October 3, 2017, and the person was arrested on *(date)* 10/5/2017
at *(city and state)* Anchorage, AK.

Date: 10/5/2017

EXECUTED ON W[...]

Redacted Signature
*Arresting officer's signature*

Brian Arnold, ATF Special Agent
*Printed name and title*